UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BLAND,<br>  *Petitioner*,<br>vs.<br>ISIDRO BACA, *et al.*,<br>  *Respondents*. | 2:17-cv-02228-JAD-CWH<br><br>**ORDER DISMISSING CASE** |

  Petitioner James Bland has filed an application to proceed *in forma pauperis* and submitted petition for writ of habeas corpus.[1] This matter has not been properly commenced because the pauper application does not include all required attachments. Both 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2 require a petitioner to attach (1) an inmate account statement for the past six months and (2) a properly executed financial certificate. Petitioner Bland has failed to provide either document. His application is therefore incomplete.

  For this reason, the application for leave to proceed *in forma pauperis* is denied, and this case will be dismissed without prejudice to Bland's ability to file a new petition in a new action with a fully completed pauper application on the proper form with all required attachments.

  **IT THEREFORE IS ORDERED** that the application to proceed *in forma pauperis* **(ECF No. 1) is DENIED,** and **this action is DISMISSED** without prejudice to Bland's ability to file a new petition in a new action with a properly completed pauper application. The Clerk of Court is directed to **SEND petitioner two copies each of** an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

  IT FURTHER IS ORDERED that **a certificate of appealability is DENIED** because jurists of reason would not find the court's dismissal of this improperly commenced action without

---
[1] ECF No. 1.

prejudice to be debatable or incorrect.

The Clerk of Court is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

DATED: October 11, 2017

_____
UNITED STATES DISTRICT JUDGE